UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

LENNIE FEURY,

    Plaintiff,

v.                                       CIVIL ACTION NO.  5:24-cv-00726

WALMART INC., and
WALMART STORY #1499,

    Defendants.

## ORDER AND NOTICE

Pursuant to *Local Rule of Civil Procedure* 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

| | |
|---|---|
| **01/20/2025** | Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).) |
| **02/18/2025** | Last day for Rule 26(f) meeting. |
| **02/24/2025** | Last day to file Report of Parties Planning Meeting and Scheduling Order Worksheet, available on the Court's website.  See LR Civ P 16.1. |
| **03/10/2025** | Telephonic Scheduling Conference at **3:00 p.m.**, before the undersigned, unless canceled. Please use call-in information: 304-461-4955; access code 130 604 575# |
| **03/20/2025** | Entry of Scheduling Order. |
| **03/24/2025** | Last day to serve FR Civ P 26(a)(1) disclosures. |

## NOTICE

The provision of *Federal Rules of Civil Procedure* 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to *Local Rules of Civil Procedure* 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C.§ 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (*Local Rule of Civil Procedure* 73.1, Form 34), or by so indicating on the Report of Parties Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

ENTERED: December 20, 2024



Frank W. Volk
Chief United States District Judge